Erik R. Cork
Cynthia E. Cork
2811 Peninsulas Drive
Missouri City, Texas 77459
Phone: 832-452-1182 / 281-780-1855
Email: bamecork@swbell.net / heyyou24@me.com

United States Courts
Southern District of Texas
F I L E D

MAY 1 3 2025

Nathan Ochsner, Clerk of Court

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Erik R. Cork | ] | |
| Cynthia E. Cork, | ] | |
| Plaintiffs, | ] | |
| State of Texas | ] | Case #: _____ |
| Judge Sonia Rush | ] | |
| Attorney Cole Paton | ] | Judge: _____ |
| Attorney Thuy Frazier | ] | |
| Attorney Myra Homayoun | ] | |
| Law Firm McCarthy & Holthus, LLP | ] | |
| Law Firm Robertson, Anschutz, Schneid,] | | |
| Crane & Partners, PLLC, | ] | |
| Jeff Leva, Substitute Trustee, | ] | |
| Defendants. | ] | |

## 5.5 - MILLION DOLLAR  CLAIM UNDER 42 U.S. CODE SEC. 1983 ACTION FOR DEPRAVATION OF CIVIL RIGHTS, VIOLATION OF DUE PROCESS, CONSPIRACY TO COMMIT REAL ESTATE DEED FRAUD, FORGERY, WRONGFUL FORECLOSURE, AND BREACH OF CONTRACT  THIS CLAIM IS ALSO FOR OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE

[ "Cujusque Rei Potissima Pars"][The Principle Part of Everything Is In The Beginning]

Comes Now plaintiffs Erik R. Cork and Cynthia E. Cork to file their Claim against the defendant's. The claim will be brought forward in Common Law, "Administrative Law," "Law," "Equity," and Under the Uniform Commercial Code. This 42 U.S. Code Sec. 1983 Civil Action Claim is for Depravation of Civil Right Under Color of Law, conspiracy to commit real estate deed fraud, and forgery. This case is brought to enforce constitutional rights under 42 U.S.C. § 1983, conspiracy statutes under Federal Law.

42 U.S. Code § 1983 - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

## JURISDICTION:

1. The Judiciary Act, though, Congress placed admiralty under the jurisdiction of the Federal District Courts.

2. This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. 1331, which provides district courts with jurisdiction over civil actions arising under the United States Constitution or laws of the United States.

3. This court has personal jurisdiction over the defendant's corporations because the corporation's principal place of business is in this state.

4. Venue is proper pursuant to 28 U.S.C. 1391(b) because the events giving rise to the allegations in this complaint occurred in this district.

5. Federal court has jurisdiction over this case based on the following reasons:

a. 42 USC 1983 civil rights claim is Constitutional dispute.

b. The plaintiffs has filed a claim against the municipal court judge, whereby other municipal judges would have a conflict of interest.

c. The state is guilty of real estate deed fraud which is verified by the day-to-day process of registering homeowners' property deeds in their office.

d. The state is in control of the plaintiffs property deed when there is no law that forces the plaintiffs to register their property.

e. The state is paying the judge and providing a pension, so other state court judges will have a conflict to hear this case in state court.

6. The State is the real party responsible for the foreclosure on the plaintiffs property using state-licensed sub-agencies to do the dirty work.

7. The amount of damage is over what the state court has jurisdiction to rule on.

8. The defendants violated Federal Laws.

9. The defendants violate the plaintiffs right to due process in state court whereby is liable under 42 U.S.C 1983 a federal civil rights statute.

10. There is no other court available for remedy.

## FACTUAL ALLEGATIONS:

11. The original contract in this case was altered, stolen and there was an addition to the agreement with the following items that are missing from the contract filed in this case:

12. The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,

13. The bank or financial institution involved in the alleged loan will follow GAAP,

14. the lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

15. the borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,

16. the borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and

17. the written agreement gives full disclosure of all material facts.

18. The Bank Advertised That They Loan Money:

a. I applied for a loan.

b. They refused to loan me legal tender or other depositors' money to fund the alleged bank loan check.

c. The bank misrepresented the elements of the alleged agreement to the alleged borrower.

d. There is no bona fide signature on the alleged promissory note.

e. The promissory note is a forgery.

f. The promissory note—with my name on it— obligates me to pay $368,000.00 plus interest, giving it a substantial value in today's market if it were sold to investors.

g. The bank recorded the forged promissory note as a loan from me to the bank.

h. The bank used this loan to fund the alleged bank loan check back to me.

i. The bank refused to loan the plaintiff legal tender or other depositors' money in the amount of $368,000.00 or repay the unauthorized loan it recorded from me to the bank.

j. The bank changed the cost and the risk of the alleged loan.

k. The bank operated without my knowledge, permission, authorization, or agreement.

l. The bank denied me equal protection under the law.

m. The bank refused to disclose material facts of the alleged agreement and refused to tell me if the agreement was for me to fund the alleged bank loan check or if the bank is to use the bank's legal tender or other depositors' money to fund the bank loan check.

n. They refused to disclose whether the check was the consideration loaned for the alleged promissory note.

o. The bank failed to disclose if the promissory note is money or not money.

q. It appears the bank recorded the promissory note as an unauthorized loan from me to the bank.

19. The defendant's committed and conspired to commit real estate deed fraud when they failed deliver the property deed as mandated by the state property transfer statute.

a. The mortgage deal was NOT done according to the GAAP accounting principles in violation of the federal law.

b. The electronic credits called the mortgage loan was generated by the plaintiff's signature on the promissory note.

c. The words stamped on the promissory note "pay to the order of" without recourse will verify the bank official who signed there received the electronic credits called the mortgage loan.

d. There was no exchange of money in the mortgage loan.

20. Valid conveyances require that the executed deed be delivered to and accepted by the grantee.

21. The property deed was never delivered or accepted by the plaintiffs.

22. The defendants committed acts of forgery when they fraudulently made false documents and altered real documents as if they are genuine.

23. The fact the alleged lender accepted the plaintiffs signature on the mortgage lien proves the plaintiff owned the property already.

24. The first illegal mortgage lien was placed on the property after the unlawful registration.

25. On or about June 21, 2024, Rushmore Servicing sent via certified mail # 9207 1902 5072 8602 2888 35 a Notice of Default and Intent to Accelerate. **Exhibit A.**

26. On or about October 20, 2023 an appointment of Substitute Trustee instrument # 2023101277 was filed by the law firm Robertson, Anschutz, Schneid, Crane, & Partners, PLLC. **Exhibit B.**

27. The statute the attorney used in the foreclosure complaint is not a valid law as it does not have the three elements the state constitution mandates must be present to be a valid law.

28 The foreclosing statute Texas Property Code, Title 5, Chapter 51 is missing the enacting clause, the title, and the body, and therefore the foreclosing statute is not a valid law and is unconstitutional on its face.

29. The defendants violated the F. D. C. P. A. when they engaged in abuse, threats, coercion, misrepresentation, fraud, harassment, unfair means, and deception to collect a debt where there is no injured party.

30. There is no injured party.

31. The plaintiffs house was sold in a Trustees sale on February 2, 2025. **Exhibit: C**

## 32. SCHEME TO DEFRAUD:

a. The contract in this case is forged and missing at least 6 - provisions that are listed in the original contract.

b. The foreclosure statute used to provide the court with jurisdiction is not a valid law as it is missing the 3 elements the State Constitution mandates must be present to be a valid law.

c. The State constitution mandates all laws are to be enacted and have an enacting clause, a title, and a body.

d. Original Contract with the signatures of both the alleged borrower, and the lender have never been filed in court to verify there was a bilateral contract.

e. Without a certification of the accounting entries of the attorneys cannot verify there was a debt.

f. The attorney cannot verify agency and therefore the foreclosure lawsuit has a fatal flaw.

g. The foreclosure was filed showing the lender as the plaintiffs, however no one from the lender's corporation signed the foreclosure documents.

h. There is no witness before the court to give the court jurisdiction.

i. There is No Affidavit filed in the case to give the state court jurisdiction.

### 33. THE LENDER FAILED TO FOLLOW THE GAAP ACCOUNNTING LAWS:

34. The contract should be rescinded because the attorneys did not provide full disclosure, the contract is extremely deceptive and unconscionable, In re Pearl Maxwell, 281 B.R. 101. The Truth in Lending Act, Regulation Z, 12 CFR §226.23, states that the security agreement signed with a lender can be rescinded if they have not provided the proper disclosures.

35. The original debt was zero because the plaintiffs financial asset was exchanged for FED's promissory notes in an even exchange. Promissory Notes and other commercial instruments are legal tender, financial assets to the originator and a liability to the lender.

36. If a security interest in the note is perfected, by recording it on a lien as a registered security, the maker or originator becomes an entitlement holder in the asset.

37. But the attorneys do not understand that they have this liability because most of them are unaware of it.

a.      UCC §1-201(24), §3-104, §3-306, §3-105,

b.      UCC §§8-102 (7), (9), (15), (17), §8-501, §8-503, §8-511

c.      UCC §§9-102(9), (11), (12)(B), (49), (64)

d.      12 USC 1813(l)(1)

38. The defendant's records will show the defendants have an offsetting liability to the plaintiffs pursuant to FAS 95, GAAP and Thrift Finance Reports (TFR).

These records include:

a. FR 2046 balance sheet,

b. 1099-OID report,

c. S-3/A registration statement,

d. 424-B5 prospectus and

e. RC-S & RC-B Call Schedules

Plaintiff's claims are brought forward Under Common Law:

## 39. ELEMENTS FOR COMMON LAW:

a. Controversy (The listed defendants)

b. Specific Claim (wrongful foreclosure, breach of contract,

c. Specific Remedy Sought by Claimant ($5.5 million dollars)

d. Claim Is Sworn To (Affidavit of Verification attached), and I will verify in open court that all herein be true.

## 40. PARTIES:

a.  Erik Cork and Cynthia Cork are residents of Fort Bend County, Texas.

b.  The first defendant is The State of Texas

c.  The second defendant is the Law Firm Robertson, Anschutz, Schneid, Crane & Partners, PLLC

d. The third defendant is Attorney Cole Paton

e.  The fourth defendant is Attorney Thuy Frazier

f.  The fifth defendant is Attorney Myra Homayoun

g The six defendant is the Law Firm McCarthy & Holthus, LLP

h. The seventh defendant is County Sheriff Eric Fagan

i. The eighth Judge Sonia Rush

## Count One: Violation of 42 U.S.C. 1983:

1. Plaintiffs incorporates by reference the facts alleged in paragraphs 1-59.

2. The defendant's negligence was the direct and proximate result of the plaintiff's injuries.

## Count Two: Violation of Due Process:

1. Plaintiffs incorporates by reference the facts alleged in paragraphs 1-59.

2. The defendants had a duty to follow the law and the constitution.

## Count Three: Conspiracy to Commit Real Estate Deed Fraud:

2. Plaintiffs incorporates by reference the facts alleged in paragraphs 1-59.

## Count Four: Forgery:

Plaintiffs incorporates by reference the facts alleged in paragraphs 1-59.

## Count Five: Wrongful Foreclosure:

Plaintiffs incorporates by reference the facts alleged in paragraphs 1-59.

## Count Six: Breach of Contract:

Plaintiffs incorporates by reference the facts alleged in paragraphs 1-59.

## Count Seven: Real Estate Deed Fraud:

Plaintiffs incorporates by reference the facts alleged in paragraphs 1-59.

## Count Eight: Obstruction of The Administration of Justice

Plaintiffs incorporates by reference the facts alleged in paragraphs 1-59.

## WRONGFUL FORECLOSURE:

1. The wrongful foreclosure action filed in state court had no injured party and therefore damages should be granted.

2. The 6th Amendment secures that no person will be deprived of life, liberty, or property without due process of law.

3. The "the injured party" must appear and state he/she is owed a debt, the debtor must be given the right to challenge this debt for "validation" 15 USC 1692g. Only an "injured party" can claim a debt is owed. "Imaginary persons" cannot appear or give testimony and cannot be the "Plaintiff" of any cause of action.

4. There is no injured party in the state foreclosure case and therefore the court did not have jurisdiction.

## BREACH OF CONTRACT:

1. The bank advertised that they loan money:

a. I applied for a loan.

b. They refused to loan me legal tender or other depositors' money to fund the alleged bank loan check.

c. The bank misrepresented the elements of the alleged agreement to the alleged borrower.

d. There is no bona fide signature on the alleged promissory note.

e. The promissory note is a forgery.

f. The promissory note—with my name on it— obligates me to pay $368,000.00 plus interest, giving it a substitutional value if it were sold to investors.

g. The bank recorded the forged promissory note as a loan from me to the bank.

h. The bank used this loan to fund the alleged bank loan check back to me.

i. The bank refused to loan me legal tender or other depositors' money in the amount of $368,000.00 or repay the unauthorized loan it recorded from me to the bank.

j. The bank changed the cost and the risk of the alleged loan.

k. The bank operated without my knowledge, permission, authorization, or agreement.

l. The bank denied me equal protection under the law.

m. The bank refused to disclose material facts of the alleged agreement and refused to tell me if the agreement was for me to fund the alleged bank loan check or if the bank is to use the bank's legal tender or other depositors' money to fund the bank loan check.

n. They refused to disclose whether the check was the consideration loaned for the alleged promissory note.

o. The bank failed to disclose if the promissory note is money or not money.

p. It appears the bank recorded the promissory note as an unauthorized loan from the plaintiffs to the bank.

q. The attorneys are misrepresenting themselves as working for a lender when they are illegally collecting as a 3rd party debt collector in violation of the F.D.C.P.A.

41. The defendants violated the plaintiffs right to due process 42 U. S. C. 1983 by using an unfair court process that is in violation of the federal laws and the court rules.

42. The defendants obstructed the administration of justice.

NEGLIGENT/RECKLESS CONDUCT:

43. As a proximate result of the negligent or reckless conduct of the attorneys acting as a 3rd party debt collector the plaintiffs suffered injury when the attorney filed unlawful foreclosure using a foreclosure statute that is missing the 3 elements needed to be considered a valid law.

44. The state constitution mandates laws to be enacted by congress and they must have an enacting clause, a title, and a body.

45. The revised statutes used to provide jurisdiction to the court is not a valid law and therefore rob the court of jurisdiction. The attorneys filed a forged contract in the state foreclosure case.

46. The contract filed is missing the following provisions agreed upon in the original contract:

a) The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,

b) The bank or financial institution involved in the alleged loan will follow GAAP,

c) the lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

d) the borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,

e) the borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and

f) the written agreement gives full disclosure of all material facts.

47. The defendants violated the plaintiffs right to due process 42 U. S. C. 1983 by using an unfair court process that is in violation of the federal laws and the court rules.

48. The defendants obstructed the administration of justice.

## Slander of Title:

49. The defendants have caused to be recorded various documents including an unlawful foreclosure which constitutes slander of title, and the plaintiff should be awarded resulting damages to be fully proved at the time of trial.

## Slander of Credit:

50. The plaintiffs allege that the actions and inactions of the defendants have impaired their credit causing them to lose the ability to have good credit entitling them to damages, including statutory punitive damages pursuant to state and federal law, all to be proved at the time of trial.

## Infliction of Emotional Distress:

51. The defendants have intentionally and negligently taken illegal actions which have caused the plaintiffs severe emotional distress.

52. The attack on the plaintiff's home using a statute that is not a valid is fraud on the court.

53. The fact part of the original agreement is missing from the contract filed in the state foreclosure case is a clear showing of illegal intent to cause distress.

### Damages:

54. The plaintiffs are seeking damages for wrongful foreclosure, and he has shown that

(a.) there was an irregularity in the foreclosure sale and

(b.) the irregularity caused the plaintiff's damages. See University Sav. Ass'n v. Springwoods.

55. As a proximate result of the negligent actions of defendants, the plaintiffs have suffered consequential damage and will continue to suffer additional damage in an amount to be fully proved at the time of trial.

56. As a result of these actions by the defendants.

I have suffered in the following ways:

a). Extreme mental anguish, excruciating stress and severe bouts of depression due to loss of peace-of-mind and unmerciful threats of foreclosure, eviction and homelessness.

b). Devastated state of personal well-being due to loss of quality of life preparing for a dreadful future caused by our home of 20 years being sold at auction to the highest bidder.

c). There is no way to quantify how much of a reduction of our mental stability and capacity was decimated by sleepless nights and waves of uncontrollable tears of helpless anguish and humiliation of begging others for financial assistance after being forced to file for bankruptcy after the mortgage company out right refused to agree to a remodification of our loan after our COVID forbearance ended.

e). Embarrassing consultations with attorneys informing of us of their legal fees that we could not afford as a result of the astronomical amount being demanded by the mortgage company and bank to grant us a reinstatement of our loan.

f). Throwing ourselves at the mercy of bankruptcy judges and appearing on court dockets that prevented us from earning income and entrepreneurial revenue on days we were not allowed to travel and work due to mandatory court appearances to file paperwork to plead our case.

g). Inability to take a mental health break to function normally - which weakened our immune system causing a life-threatening bout of pneumonia.

h). I could not remove myself from bed to accomplish anything, nor to perform normal duties to generate nor coordinate profitable projects causing suicidal thoughts.

i). Our credit score was driven down to the lowest it has ever been with a foreclosure being filed against our name. We have no means to even acquire another place to live. We have no way of knowing the devastating health affects this will have on our life at this time or in the future.

j). No one can return to us to the mental comfort we have lost in dealing with the dubious actions of the persons named in our lawsuit.

k). We will never completely retrieve our sense of calm due the lingering panic of unfair home loss and the constant state of anxiety we find ourselves in now.

l. These illegal and unjustified foreclosure actions have also invited predatory knocks at our door and strangers taking pictures of our home. Only days after our home was foreclosed on, an opportunistic realtor forever altered our mental health by exploiting our anguish and sadness by saying he represented the bank. He attached an ominous letter to our front door threatening to re-key our house. He issued a false deadline for us to vacate the property.

m). As a result of a false deadline, we endangered our lives by feeling forced to drive 1,100 miles and 22 straight hours from Detroit to Houston after our daughter and granddaughter called us crying hysterically in the middle of the night after reading a sheriff/constable delivered court summons for our forced eviction being taped to our front door. While driving all night after working all day with no rest - we almost suffered several car accidents by pushing the limits of the human body.

n). Desperation and devastation caused by parties named in this lawsuit combined to wreak havoc on our humanity by making us hit rock bottom in our existence as a couple. One of us literally crawled on their knees to the restroom for consecutive days due to a stress-induced flare-up of gout. They had no choice but to slither to the restroom because their body was so wracked with pulsating pain never experienced before - as a direct result of the unmerciful foreclosure threats.

o). To this day, we feel forced to keep our furniture in storage due to extreme fear that law enforcement will beat loudly on our door demanding us to throw our personal belongings and total contents of our earthly possessions outside on the curb to further humiliate us in front of our concerned neighbors who would watch us weeping with nowhere to go due to negative legal maneuvers fueled by the unfair, fierce and hostile takeover of our home of two decades.

p). I will never completely retrieve my peace of mind and calm the near-constant state of anxiety I find myself in now. These actions have forever altered my mental health and well-being.

q). The defendant's, acted with deliberate indifferent to the Constitution and or federal laws when they violated the plaintiffs right UNDER 42 U.S. CODE SEC. 1983, and the plaintiffs right to "due process".

### 57. The Judge Lacks Immunity When He/ She Violates The Law:

The judge has qualified immunity when he/she follows the constitution and the law. The Tucker Act exposes the government to liability for certain claims. Specifically, the Act extended the court's jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including taking claims under the Fifth Amendment), a federal statute or regulation, and claims in cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. The Tucker Act (March 3, 1887, ch. 359, 24 Stat. 505, 28 U.S.C. § 1491) is a federal statute of the United States by which the United States government has waived its sovereign immunity with respect to lawsuits pertaining to 5th Amendment violations of due process.

The Five Elements of "Due Process:

58. In assessing whether this demonstration has been or can be made, the courts look to the five elements, which, over the centuries of judicial experience, have come to be recognized as the sine qua non of "due process."

a. Equality: The system must not discriminate procedurally between parties. If one party is entitled to counsel, then all are entitled. If notice is provided one, it must be provided for all. The essential requirement for Equality is that the system provide a "level playing field" for the disputants. Discrimination in appearance or fact is an anathema to the Equality required to satisfy due process.

b. Economy: The cost of access to the system must not be a barrier to its use or operate to the disadvantage of one or the other parties. This means that grievance and arbitration proceedings should not be made a profit center and, in fact, may have to become subsidized to assure open access.

c. Expedition: As "justice delayed is frequently justice denied," there is an affirmative obligation on the part of the system to expedite ethics and arbitration proceedings. This does not foreclose orderly procedure with adequate time to ensure notice, time to prepare, opportunity to identify and gather witnesses, and otherwise develop facts and arguments. It does, however, foreclose dilatory tactics, unreasonable extension of time, and protraction of hearings.

d. Evidence: The system must be designed and function to elicit evidence, not assumptions; proof, not presumptions. While strict rules of evidence in the judicial sense do not apply, there

must be control of what is admitted as relevant and judgment as to what is mere speculation and hearsay designed to prejudice rather than inform.

Equity: The system must produce decisions that reflect a sense and substance of "rightness" and "reasonableness." In matters involving unethical conduct, the punishment should fit the offense. The judgment should reflect consideration of extenuating circumstances and a balancing of competing values and objectives. Moreover, the predictability, consistency, and uniformity of the system's performance is an important measure of Equity.

Conspiracy: A federal criminal conspiracy is built up of five elements:

a. Two or more persons that;

b. Intentionally;

c. Agreed;

d. To violate federal law or defraud the United States; and commit an overt act in furtherance of the agreement.

Elements for Forgery:

Forgery is making, using, altering, or possessing a false document with the intent to commit fraud. Forgery can be the creation of a false document or changing an authentic one. There are several elements to the crime of forgery, and all must be proven before someone can be found guilty:

a. A person must make, alter, use, or possess a false document. Forgery can be creating a false document from scratch or altering an otherwise genuine document in a material way. The alteration is material if it affects a legal right.

b. The writing must have legal significance.

c. The writing must be false. The writing (s) must have been created or changed in a way that makes it appear that the document represents something that it is not.

d. Intent to defraud.

59. Request for Damages:

Plaintiffs request compensatory and general damages for expenses for legal expenses, medical bills, mental anguish associated with living with the consequences of the defendant's negligence, loss of income, and damaged credit score, embarrassment from having plaintiffs house listed on Zillow and other Real estate foreclosure websites before while the case is in litigation. The plaintiffs request punitive damages in what the jury finds just and fair. Plaintiff prays that this court enter judgment for the Plaintiffs and against each of the Defendants, and grant:

a. compensatory and consequential damages, including damages for emotional distress, humiliation, and other pain and suffering on all claims allowed by law in an amount in excess of $5.5 Million.

h. any further relief that this court deems just and proper, and any other appropriate relief a law

**WHEREFORE**, Plaintiffs, request the following

a. That the court enter a judgment in favor of Erik R. Cork and Cynthia E. Cork and against the defendants on all counts of the Complaint:

b. That the court award compensatory damages into Plaintiffs and against the defendants jointly and severally, in an amount to be determined at trial:

c. That the court award punitive damages to plaintiffs, and against the defendants, jointly and severally, in an amount to determine at trial in order that such award will deter similar proscribed conduct by the defendants in the future.

d. That the court award plaintiffs, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to 42.U.S.C. Sec. 1988: and

e. That the court grant Plaintiffs such other equitable relief that the court deems appropriate.

f. Pro Se complaints, even if inartfully pleaded, must be held to "less stringent" standards than formal pleadings drafted by a lawyer. And must focus on substantive merits. Haines v Kerner, 404 U.S. 517 (19720

**<u>Demand For A Trial By Jury</u>**

Comes Now, the Plaintiffs, and hereby demands jury trial on all issues so triable to a jury.

_____ Date: 5 - 12 - 25
Erik R. Cork, Without Prejudice UCC 1-308

_____ Date: 5/12/2025
Cynthia E. Cork, Without Prejudice UCC 1-308

**Certificate of Service:**

A copy of this document was mailed or taken to court and/or a copy was mailed and/or emailed and/or electronic filing to the parties and the agencies listed below.

Date: 5-12-25

Attorney Cole Paton
Attorney Thuy Frazier
Attorney Myra Homayoun
c/o and also including the
Law Firm McCarthy & Holthus, LLP
2763 Camino Del Rio S.
San Diego, CA 92018
-----------------------------------------------------------

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Road, Suite 450 Alpharetta, GA
30004
-----------------------------------------------------------

Jeff Leva, Substitute Trustee
1320 Greenway Drive Suite 300
Irving Texas
75038
-------------------------------------------------------

Hollis Rose Hamilton
c/o and also including Law Firm Aldridge Pite, LLP
3333 Camino Del Rio South  Suite 225
San Diego, CA 92108
----------------------------------------------------

Fort Bend County Sheriff Eric Fagan
1840 Richmond Parkway
Richmond, Texas 77469
----------------------------------------------------------------

State of Texas
1019 Brazos
Austin, Texas 78701
-----------------------------------------------

Judge Sonia Rush
3845 Cartwright Road
Missouri City, Texas 77489

## AFFIDAVIT

**STATE OF TEXAS**

**COUNTY OF FORT BEND**

I, the Affiant, who goes by Erik R. Cork, a man, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of Texas in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose as stated in the Affirmative Defenses and Counterclaim.

FURTHER AFFIANT SAITH NOT.

I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The State of Texas the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that ___ERIK CORK___ executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

Done this _12_ day of _MAY_ in the year 2025, under penalty of perjury under the laws of the United States of America.

_____
Erik R. Cork

SUBSCRIBED AND SWORN to this _12_ day of, _MAY_ 2025.

REEMA PATEL
Notary Public, State of Texas
Comm. Expires 09-10-2025
Notary ID 129553918

_____

Notary Public; in and for __TEXAS_____



Rushmore Servicing
30950 Cypress Waters Blvd
Coppell, TX 75019
Phone: (877) 888-4623
Fax: (360) 463-0065
www.rushmoreservicing.com

Sent Via Certified Mail

05/21/2024

LOR R Cook
2811 Peninsulas Dr
Missouri City, TX 77459

RE:   Loan ("Loan") Number:   6477000443
      Property Address:   2811 PENINSULAS DR
                         MISSOURI CITY, TX 77459

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, OR IS SUBJECT TO AN AUTOMATIC STAY OF A BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION. BY PROVIDING THIS NOTICE WE DO NOT WAIVE ANY APPLICABLE EXEMPTIONS FROM STATE OR FEDERAL COLLECTION LAWS.

<u>NOTICE OF DEFAULT AND INTENT TO ACCELERATE</u>

Dear LOR R Cook, and Cynthia E Cook,

This letter is formal notice by Rushmore Servicing ("Rushmore") on the above referenced loan ("Loan"), that you are in default under the terms of the documents creating and securing your Loan, including the Note ("Note") and Deed of Trust Mortgage Security Deed ("Security Instrument"). The nature of the default is the failure to make the payments required on this Loan, as agreed to in the Note or a Security Instrument. Failure to respond to this letter may result in the loss of the property (the Property") referenced above.

Rushmore is the mortgage servicer for the mortgagee of the Deed of Trust and the parties have entered into an agreement (the Servicing Agreement") granting Rushmore authority to service the Loan and represent the Lender. Pursuant to the Servicing Agreement, Rushmore is granted authority to collect and service debt as outlined with the Deed of Trust. Under §51.0025 of the Texas Property Code, Rushmore, as the mortgage servicer, is authorized to administer any resulting foreclosure of the Property covered by the Deed of Trust on behalf of the Lender. All communication about your Loan should be made through Rushmore at (877) 888-4623, located at 30950 Cypress Waters Blvd., Coppell, TX 75019.

*Rushmore ServicingSM and Mr. Cooper® are trade names for Nationstar Mortgage LLC.*

*Nationstar Mortgage LLC d/b/a Rushmore Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged but is provided for informational purposes only.*

*If you are a successor in interest or received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan that was not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.*

For additional information on foreclosure prevention alternatives offered by, or through, Rushmore, please refer to the enclosed "Information on Avoiding Foreclosure".

**HUD Counseling:** For additional assistance, the United States Department of Housing and Urban Development ("HUD"), which is a government agency, sponsors housing counseling agencies throughout the country that can provide you advice on foreclosure alternatives, budgetary issues, and even assistance with understanding this notice. There is no fee for this service. If you would like assistance, you can contact a HUD-approved housing counselor by calling 1-800-569-4287 or you can reach the HOPE Hotline number at 1-888-995-HOPE. You may also visit the HUD website at http://www.hud.gov/counseling.

**HUD Consejería:** Para obtener ayuda adicional, el Departamento de Vivienda y Desarrollo Urbano ("HUD") de Estados Unidos, que es una agencia del gobierno, patrocina agencias de asesoría de vivienda en todo el país que le puede proporcionar asesoramiento sobre las alternativas de ejecución hipotecaria, las cuestiones presupuestarias, e incluso la asistencia con la comprensión de este aviso. No hay que pagar por este servicio. Si desea ayuda, puede ponerse en contacto con un asesor de vivienda aprobado por HUD llamando al 1-800-569-4287 o puede llegar a la Línea Directa de HOPE al 1-888-995-HOPE. También puede visitar el sitio web de HUD en http://www.hud.gov/counseling.

If you are hearing or speech impaired, you can access HUD's toll-free number via Text Telephone (TTY) by calling the Federal Information Relay Service at (800) 877-8339.

**Attention Servicemembers and Dependents:** Servicemembers on "active duty" or "active service", or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901 et seq.) (SCRA). If you are entitled to or have questions as to whether you are entitled to legal protections under SCRA, you should contact your unit's Judge Advocate, your installation's Legal Assistance Officer at https://legalassistance.law.af.mil/, or the Military OneSource at www.militaryonesource.mil/legal or 1-800-342-9647 to find out more information. You can also contact (877) 888-4623 if you have any questions about your rights under SCRA.

If you disagree with the assertion that the Loan is in default, or if you disagree with the calculation of the total amount past due required to cure the default, you may contact us by calling (877) 888-4623. If you prefer to reach us by mail, please include your Loan number and the Property address with your question(s), and send to:

> Rushmore Servicing
> PO Box 619098
> Dallas, TX 75261

If you have questions about any of the items contained in this notice, or need any additional information, please contact Rushmore at (877) 888-4623, Monday through Friday from 7 a.m. to 8 p.m. (CT).

This matter is very important. Please give it your immediate attention.


Sincerely,

Rushmore Servicing
(877) 888-4623
Monday through Friday from 7 a.m. to 8 p.m. (CT)


Enclosure:     Information on Avoiding Foreclosure
               Additional Statutory Required Disclosures

| **Short Sale** | ▫ Sell your property.<br><br>▪ Proceeds from the sale are used to pay off a portion of your mortgage balance when you owe more on your mortgage than the home is worth. | ▫ Allows you to transition out of your home to avoid foreclosure.<br><br>▪ Relocation funds may be available.<br><br>▪ The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences – consult a tax advisor. |
| **Mortgage Release (Deed-in-Lieu of Foreclosure)** | ▪ Transfer ownership of your property to us in exchange for relief from some or all of the mortgage debt. | ▫ Allows you to transition out of your home if you are unable to sell your home to avoid foreclosure.<br><br>▪ Relocation funds may be available.<br><br>▪ The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences—consult a tax advisor. |

Rushmore Servicing
3001 Technology Drive
Edmond OK 73013





Mailed 06/21/24
Postage $5.28

USPS CERTIFIED MAIL

9207 1902 5072 8602 2888 35

ERIK R CORK
2811 PENINSULAS DR
MISSOURI CITY TX 77459

143173.169080.38016968-P:32

2023101277
ELECTRONICALLY RECORDED
Official Public Records
10/20/2023 2:29 PM
Laura Richard, County Clerk
Fort Bend County Texas
Pages: 3        Fee: $24.25

**After Recording Return To:**
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004
File #: 22-052609 - EmT

## APPOINTMENT OF SUBSTITUTE TRUSTEE

**Deed of Trust Date:**

3/31/2005

**Grantor[s]/Mortgagor[s]:**

ERIK R CORK AND CYNTHIA E CORK

**Original Beneficiary/Mortgagee:**

FIRST FRANKLIN A DIVISION OF
NAT. CITY BANK OF IN

**Current Beneficiary/Mortgagee:**

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR FIRST
FRANKLIN MORTGAGE LOAN TRUST,
MORTGAGE LOAN ASSET-BACKED
CERTIFICATES, SERIES 2005-FF6

**Recording Information:**

Instrument Number 2005038557

**County Where Property Situated:**

FORT BEND

**Servicing Agent:**

Nationstar Mortgage LLC d/b/a/ Mr.
Cooper

**Address of Servicing Agent:**

8950 Cypress Waters Blvd, Coppell, TX 75019

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST
FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
SERIES 2005-FF6 is the current beneficiary under the deed of trust.

The deed of trust describes the following property located in FORT BEND COUNTY, TX, and
more particularly described as:

**See Legal Description Attached Hereto as Exhibit "A"**

The beneficiary, pursuant to the terms of and authority granted under the deed of trust, hereby
removes the original trustee, and any of the original trustee's successors, and appoints Sandy Dasigenis,
Jeff Leva, Steve Leva or Patricia Poston whose address is 750 Highway 121 BYP Suite 100 Lewisville,
TX 75067 OR Sandy Dasigenis, Jeff Leva, Steve Leva or Patricia Poston whose address is 14800
Landmark Blvd., Suite 850, Dallas, TX 75254, as successor trustee under the deed of trust with all
powers of the original trustee; and further, instructs the substitute trustee to conduct and direct the
execution of remedies set aside to the beneficiary.

**THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL
THE PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS**

NOTICE OF SALE. THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER.

Dated this 27 day of September, 2023.

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER AS SERVICER FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF6

By: _____

Printed Name: Mary Arayo

Title: Robertson, Anschutz, Schneid, Crane & Partners, PLLC as Attorney in Fact for Nationstar Mortgage LLC d/b/a Mr. Cooper

Date: 9/27/2023

STATE OF TEXAS          §

COUNTY OF DALLAS          §

This instrument was acknowledged before me this 27 day of September, 20 23 by Mary Arayo , as an attorney for Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Attorney in Fact for Nationstar Mortgage LLC d/b/a Mr. Cooper, on behalf of said entity.

✓  Personally known

_____ Produced identification: ID number and type of ID _____

BRENDA B. RODRIGUEZ
ID #131094064
My Commission Expires
November 19, 2025

_____
Signature of Notary Public

_____
Printed Name of Notary Public, State of Texas

(NOTARY SEAL)

APPOINTMENT OF SUBSTITUTE TRUSTEE                    Page 2 of 3

## Exhibit A

LOT 26, BLOCK 4, AMENDING PLAT OF THE PENINSULAS AT LAKE OLYMPIA, SECTION 3, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN SLIDE NO(S). 1337/B, OF THE PLAT RECORDS OF FORT BEND COUNTY, TEXAS.

2025013978
ELECTRONICALLY RECORDED
Official Public Records
2/14/2025 2:24 PM



*Laura Richard*
Laura Richard, County Clerk
Fort Bend County Texas
Pages:    5         Fee: $31.00

T.S. Number: 129913-TX

## Substitute Trustee's Deed

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

STATE OF Texas

COUNTY OF Fort Bend

WHEREAS, ERIK R CORK AND CYNTHIA E CORK, HUSBAND AND WIFE, in order to secure the payment of a Note for the sum set forth in said Note, payable to the order of FIRST FRANKLIN A DIVISION OF NAT. CITY BANK OF IN, made, executed and delivered to Matthew Haddock, Trustee, a certain Deed of Trust dated 3/31/2005, recorded in Instrument No. 2005038557 and later modified by a loan modification agreement recorded as Instrument 2013074848 on 06/18/2013 of the Real Property Records of Fort Bend County, Texas, to which Deed of Trust and its record reference is here made for a detailed description of said Note, the terms and covenants of said Deed of Trust, and the lands and premises there conveyed; said land being more particularly described as follows:

LOT 26, BLOCK 4, AMENDING PLAT OF THE PENINSULAS AT LAKE OLYMPIA, SECTION 3, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN SLIDE NO(S). 1337/B, OF THE PLAT RECORDS OF FORT BEND COUNTY, TEXAS.

WHEREAS, said Note together with the liens securing same was transferred and assigned in due course for value before maturity to WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF6, and

WHEREAS, it is provided in said Deed of Trust that failure to make any of the payments in the above described Note as the same became due and payable, or failure to comply with any or all of the covenants and conditions of said Deed of Trust, shall, at the option of WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF6, or the legal or equitable holder thereof, mature the whole of said Note and in such event or events and at the request of the owner or holder of said Note secured by said Deed of Trust, the said Trustee or his successors shall enforce said Deed of Trust by selling the hereinbefore described land and premises according to law, and in accordance with the provisions of said Deed of Trust, all as more fully set out in said Deed of Trust; and,

WHEREAS, Default was made in the payment of said Note according to the terms, tenor and effect thereof, and the legal or equitable owner or holder of said Note, after all required notices were given, evidenced by Declaration or affidavit of Notice to Debtors and Declaration or affidavit of Military Status, attached hereto and made a part hereof; declared the whole note

Page 1 of 5

NATST                                                                                                     TXSTD 04202022

TS #: 129913-TX

immediately due and payable and the Trustee named in said Deed of Trust having been removed, the owner and holder of said indebtedness appointed the undersigned as Substitute Trustee, and requested the undersigned to sell said land and premises according to law and in accordance with the provisions of said Deed of Trust, in satisfaction of the indebtedness secured by said Deed of Trust; and;

WHEREAS, the holder of the debt, by certified mail, has given written notice to the debtors at their last known address that the debtor was in default under the terms of the Deed of Trust and giving the debtor at least twenty days to cure the default (or thirty days if the above referenced Deed of Trust so states) prior to the entire debt being accelerated and the Notice of Trustee Sale given; and;

WHEREAS, the said land above described was advertised for sale, and written notices of sale were posted in accordance with the terms of said Deed of Trust and in accordance with the laws of the State of Texas pertaining to the foreclosure under the Deed of Trust, at least 21 days preceding the date of sale at the Courthouse Door of Fort Bend County, Texas; and,

WHEREAS, the holder of the debt requested the Substitute Trustee and by this instrument the Substitute Trustee swears, deposes and states under oath that from the Declaration or affidavit of Notice to Debtors and Declaration or affidavit of Military Status attached hereto there was served written notice of the proposed sale by certified mail at least twenty-one (21) days preceding the date of sale on each debtor obligated to pay such debt according to the records of such holder by deposit of the Notice, enclosed in a postpaid wrapper, properly addressed to each debtor at the most recent address shown by the records of the holder of the debt, in a post office or official depository under the care and custody of the United States Postal Service; and a copy of such Notice of Sale was filed with the County Clerk of such County preceding the date of this sale; and that the Mortgagor(s), is/are alive and was/were not in the military service 1 year prior to the day of sale; and,

WHEREAS, I, the said Substitute Trustee, after all prerequisites required by law and/or by said Deed of Trust have been duly satisfied by the holder of the Note, and by said Substitute Trustee, did conduct the sale on 2/4/2025, said sale beginning no earlier than 1:00 PM o'clock and being concluded within 3 hours of such starting time on the date for which said sale was advertised, offering the said land and premises for sale and conducting said sale in the area of the Courthouse designated by the Commissioner's Court, pursuant to Section 51.002 of the Texas Property Code as the place where foreclosure sales are to take place and if no place was designated by the Commissioner's Court, the sale was conducted at the place where the Notice of Trustee's Sale was posted in the County Courthouse; and,

WHEREAS, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF6 at the said sale, (hereinafter "Grantee"), whose address is 8950 Cypress Waters Blvd., Coppell, TX 75019  bid for said land and premises the sum of $554,874.00, which was the highest and best bid offered for said land and premises, whereupon said land and premises were knocked off and sold for said sum to the said Grantee in accordance with the terms and provisions of said Deed of Trust.

NATST                                                                                    TXSTD 04202022

TS #: 129913-TX

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS: that I, the said Substitute Trustee, named and appointed under the terms of said Deed of Trust, acting herein under and by virtue of the power conferred upon me by the said Deed of Trust, and in accordance with the laws of the State of Texas, for and in consideration of the sum bid as aforesaid, which amount has been applied in accordance with the terms of said Deed of Trust on the indebtedness secured by it, subject to any matters of record, do hereby bargain, sell and convey unto the said Grantee the said hereinbefore described land and premises "as is" without any expressed or implied warranties, except as to warranties of title, and at the purchaser's own risk pursuant to Texas Property Code sections 51.002 and 51.009, together with all and singular the rights and appurtenances to the same in anywise belonging.

A declaration of notice to debtors and military status is attached hereto as Exhibit 1.

EXECUTED on ___February 12, 2025___.

_____
Substitute Trustee Jeff Leva

THE STATE OF TEXAS_____ §
                                   §
COUNTY OF ___HARRIS_____ §

    Before me ___SANDRA L. DASIGENIS___ on this day personally appeared ___JEFF LEVA___, known to me (or proved to me on the oath of ___N/A___ or through N/A_____ to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

(Seal)

    Given under my hand and seal of office this ___12th___ day of ___February___, 2025_____.

SANDRA L. DASIGENIS
Notary Public, State of Texas
Comm. Expires 08-27-2026
Notary ID 7690377

_____
Signature of Notary Public

NOTE: This Substitute Trustee was appointed as such in the Notice of Sale, pursuant to the Texas Property Code, Chapter 51, Section 51.0076.
Therefore, the Notice of Sale, which has been filed with the County Clerk, contains the appointment of this Substitute Trustee.

NATST                                                                    TXSTD 04202022

TS #: 129913-TX

# EXHIBIT 1

## DECLARATION OF NOTICE TO DEBTORS AND MILITARY STATUS

### Unsworn Declaration
(Pursuant to Chapter 132, Texas Civil Practice & Remedies Code)

My name is Hollis Rose Hamilton, and I was born in June 1986.
My office address is 3333 Camino Del Rio South, Suite 225, San Diego CA 92108.

I am over the age of 18 and competent to make this declaration. This declaration relates to the foreclosure of the Deed of Trust dated 3/31/2005, recorded under Clerk's File No. 2005038557 and later modified by a loan modification agreement recorded as Instrument 2013074848 on 06/18/2013, in the real property records of Fort Bend County, Texas, executed by ERIK R CORK AND CYNTHIA E CORK, HUSBAND AND WIFE to secure the payment of a Note to FIRST FRANKLIN A DIVISION OF NAT. CITY BANK OF IN and covering the real property described as follows:

LOT 26, BLOCK 4, AMENDING PLAT OF THE PENINSULAS AT LAKE OLYMPIA, SECTION 3, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN SLIDE NO(S). 1337/B, OF THE PLAT RECORDS OF FORT BEND COUNTY, TEXAS.

The holder of the referenced debt gave proper notice of default and intent to accelerate to the obligor(s) and an opportunity to cure of at least twenty days prior to acceleration, in accordance with Section 51.002(d) of the Texas Property Code.

The Notice of Trustee's Sale concerning the referenced foreclosure was posted at least twenty-one (21) days preceding the date of the sale conducted at the designated area of the courthouse of the county in which the property is located, and if required, at two (2) other public places in the county. The Notice of Trustee's Sale was filed in the office of the County Clerk of such county at least twenty-one (21) days preceding the date of the sale.

Further, the holder of the debt caused the Notice of Trustee's Sale and Notice of Acceleration and Posting to be mailed by Certified Mail, Return Receipt Requested to all obligors according to the records of the holder, at least twenty-one (21) days preceding the date of sale.

That, to the best of my knowledge, the owner(s) of the property at the time of the Substitute Trustee's Sale was/were alive on said date and time of the foreclosure sale, and based on research obtained from the following internet military site, Defense Manpower, It is my belief that the owners of the property, were not in the military service one (1) year prior to said Trustee's Sale.

NATST                                                                                              TXSTD 04202022

TS #: 129913-TX

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Nueces_____ County, State of Texas_____, on this 7th___ day of
February_____,2025.

_Hollis Hamilton_____
Declarant- Hollis Rose Hamilton

RETURN TO:

ALDRIDGE PITE, LLP
3333 Camino Del Rio South, Suite 225
P.O. Box 17935
San Diego, CA 92108
Fax #: 619-590-1385
Hollis Rose Hamilton

NATST                                                      TXSTD 04202022